IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS SMITH, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION 14-0107-WS-B |
| | ) |
| WERNER ENTERPRISES, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

The defendant and eleven plaintiffs have filed a joint motion for approval of settlement agreement. (Doc. 143). "When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). "[T]he rule of *Lynn's Food Stores* applies to settlements between former employees and employers" just as it does to agreements by current employees. *Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1307 (11th Cir. 2013).

The Court is unusually familiar with this case, as it has entered numerous rulings on the substantive motions presented by the parties, and the Court has no difficulty in concluding that the settlement is fair and reasonable. The Court also determines that the releases and confidentiality provisions satisfy the standards articulated by the Court in *Crabtree v. Volkert, Inc.*, 2013 WL 593500 (S.D. Ala. 2013).

For the reasons set forth above, the joint motion for approval of settlement agreement is **granted**. The parties are **ordered** to submit, on or before

**September 17, 2015**, a proposed stipulated judgment in accordance with governing law.

    DONE and ORDERED this 3rd day of September, 2015.

                            s/ WILLIAM H. STEELE
                            CHIEF UNITED STATES DISTRICT JUDGE